UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

FILED

SEP - 6 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| WASHINGTON METROPOLITAN AREA TRANSIT COMMISSION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Case No. 1:12-cv-00576 (ESH) |
| RELIABLE LIMOUSINE SERVICE, LLC, ) dba RELIABLE LIMOUSINE SERVICE, et al. ) ) | |
| Defendants. ) ) | |

## ORDER TO SHOW CAUSE

You, Paul Rodberg, are hereby notified that Plaintiff, the Washington Metropolitan Area Transit Commission, ("WMATC"), has filed a Motion for Contempt against you for violating this Court's February 6, 2013 Order: 1) enjoining you from transporting passengers for hire between points within the Metropolitan District unless and until properly authorized by WMATC; 2) enjoining you from advertising or holding yourself out through any website or by any other means to transport passengers for hire between points within the Metropolitan District; and 3) directing you to disable the website www.reliablelimo.com.

Having reviewed WMATC's motion,

1. **IT IS ORDERED** that you are to show cause through a written response to WMATC's Motion for Contempt, within 14 days from the date of this order, why you should not be held in contempt; and it is further

2. **ORDERED** that the Court will hold a hearing on this matter on _September 25_, 2013, at _5:00_ a.m./p.m., at the United States District Courthouse, 333

1

Constitution Avenue, N.W., Washington, DC, Courtroom ~~13~~ 23A to consider your objections stated in your written response; and it is further

3. **ORDERED** that if you do not file a written response or if you fail to appear at the hearing, the Court will enter an Order of Contempt, which will impose appropriate sanctions under civil contempt against you; and it is further

4. **ORDERED** that the Clerk shall serve this Order to Show Cause on Elyse Strickland, Esq., and Maurice B. VerStandig, Esq., of Offit Kurman, P.A., 4800 Montgomery Lane, Suite 900, Bethesda, MD 20814-3465.

Date: 9/6, 2013

Ellen S Huvelle
United States District Judge

2